1  JONATHAN M. KAUFMAN, ESQ. (California State Bar No. 104576)
   The Law Offices Of Jonathan M. Kaufman
2  220 Montgomery Street, Suite 689
   San Francisco, CA 94104
3  Telephone: (415) 956-4765
   Facsimile:  (415) 956-1664
4  E-Mail:     jonathan-kaufman@sbcglobal.net

5  Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| PARDEEP KUMAR, et al., | Case No. C 12-6470 MEJ |
|---|---|
| Plaintiffs, | STIPULATION CONTINUING TIME FOR PLAINTIFFS TO RESPOND TO DEFENDANT'S MOTION TO DISMISS OR, IN THE ALTERNATIVE FOR ORDER CHANGING VENUE |
| vs. | |
| ALEJANDRO MAYORKAS, | Date: June 6, 2013 |
| Defendants. | Time: 10:00 a.m. |
| _____/ | Place: Courtroom B, 15th Floor |

This immigration case seeks review of the adjudication of Plaintiffs' asylum petition by the U.S. Citizenship and Immigration Services. The agency has taken action on the petition and there is the possibility that the matter may be resolved administratively.

The parties, by and through their respective counsel hereby stipulate, subject to approval of the Court, that the time for Plaintiffs to respond to Defendant's Motion to Dismiss or, in the Alternative for Order Changing Venue is extended to May 16, 2013.

Dated: February 27, 2013                                    s/s Jonathan M. Kaufman
                                                            _____
                                                            JONATHAN M. KAUFMAN
                                                            Attorney for Plaintiffs

Dated: February 27, 2013                                    s/s Abraham A. Simmons
                                                            _____
                                                            ABRAHAM A. SIMMONS
                                                            Assistant United States Attorney
                                                            Attorney for Defendant

1

**ORDER**

Pursuant to the stipulation of the parties, **IT IS SO ORDERED**.

Dated: March 1, 2013

_____
Maria-Elena James
United States Magistrate Judge