UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| PARDEEP KUMAR and BALJINDER KAUR,<br><br>    Plaintiffs,<br><br>  v.<br><br>ALEJANDRO MAYORKAS,<br><br>    Defendant.<br>_____/ | No. C 12-6470 MEJ<br><br>**ORDER TO SHOW CAUSE** |

On February 25, 2013, the Defendant in the above-captioned matter filed a Motion to Dismiss or, in the Alternative, for Order Changing Venue, with a noticed hearing date of June 6, 2013. Dkt. No. 5. However, Plaintiffs failed to file an opposition pursuant to Civil Local Rule 7. Accordingly, the Court hereby VACATES the June 6 hearing and ORDERS Plaintiffs Pardeep Kumar and Baljinder Kaur to show cause why this case should not be dismissed without prejudice[1] for improper venue. Plaintiffs shall file a declaration by May 30, 2013. If a responsive declaration is filed, the Court shall either issue an order based on the declaration or conduct an order to show cause hearing on June 13, 2013 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. Notice is hereby given to Plaintiffs that the Court may dismiss the case without prejudice if no responsive declaration is filed. Thus, it is imperative that Plaintiffs file a written response by the deadline above.

**IT IS SO ORDERED.**

Dated: May 20, 2013

_____
Maria-Elena James
United States Magistrate Judge

---

[1] As venue may be proper in another district, any dismissal pursuant to this Order would be without prejudice to filing in another judicial district.