# UNITED STATES DISTRICT COURT
## Northern District of California

| | |
|---|---|
| PARDEEP KUMAR and BALJINDER KAUR,<br><br>            Plaintiffs,<br><br>     v.<br><br>ALEJANDRO MAYORKAS,<br><br>            Defendant.<br>_____/ | No. C 12-6470 MEJ<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE** |

On May 20, 2013, the Court ordered Plaintiffs Pardeep Kumar and Baljinder Kaur to show cause why this case should not be dismissed without prejudice for improper venue. Having received Plaintiffs' counsel's declaration in response, the Court hereby DISCHARGES the order to show cause. The Court finds that further briefing on Defendant's Motion to Dismiss is appropriate. Accordingly, Plaintiffs shall file any opposition by June 4, 2013. Plaintiffs should be mindful that the Court is likely to dismiss for improper venue unless they provide legal authority in support of their position; the generalized arguments in counsel's declaration are not enough. Defendant shall file any reply by June 18, 2013. Thereafter, the Court shall either rule on the papers or schedule a hearing.

**IT IS SO ORDERED.**

Dated: May 28, 2013

_____
Maria-Elena James
United States Magistrate Judge