JONATHAN M. KAUFMAN, ESQ. (California State Bar No. 104576)
The Law Offices of Jonathan M. Kaufman
220 Montgomery Street, Suite 689
San Francisco, CA 94104
Telephone: (415) 956-4765
Facsimile: (415) 956-1664
E-Mail: jonathan-kaufman@sbcglobal.net

Attorney for Plaintiffs


MELINDA HAAG (CABN 132612)
United States Attorney
ALEX TSE (CABN 152348)
Chief, Civil Division
ABRAHAM A. SIMMONS (CABN 146400)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone:   (415) 436-7264
    Facsimile:    (415) 436-6748
    abraham.simmons@usdoj.gov

Attorneys for Federal Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PARDEEP KUMAR and BALJINDER KAUR, <br><br> Plaintiffs, <br><br> v. <br><br> ALEJANDRO MAYORKAS, Director, United States Citizenship and Immigration Services, <br><br> Defendant. | No. C 12 6470 MEJ <br><br> STIPULATION AND [PROPOSED] ORDER POSTPONING CONSIDERATION OF FEDERAL DEFENDANT'S MOTION TO DISMISS OR TO CHANGE VENUE <br><br> Before:  Hon. Maria-Elena James |

    **Whereas,** in this lawsuit, Plaintiffs seek, inter alia, an order requiring the U.S. Citizenship and Immigration Services ("CIS") to render a decision on Plaintiffs' asylum petition;

    **Whereas,** on March 25, 2013, CIS issued a Notice of Intent to Deny ("Notice") the

Stipulation and [Proposed] Order
No. C 12-6470 MEJ                1

1  Plaintiffs' petition, and later concluded Plaintiffs made no response to the Notice;

2  **Whereas**, the declaration of counsel filed in this matter on May 28, 2013 included

3  documentation that Plaintiffs did, indeed, submit a response to the Notice; and

4  **Whereas**, CIS can now consider the information provided by plaintiffs and render a

5  decision which may moot part or all of this lawsuit;

6  The parties therefor agree, stipulate and respectfully request that the court issue an order

7  postponing consideration for 60 days until August 19, 2013.

Dated: June 19, 2013                                      Respectfully submitted,

JONATHAN M. KAUFMAN                                       MELINDA HAAG
                                                          United States Attorney

_____/s/_____                            _____/s/_____
JONATHAN M. KAUFMAN                                       ABRAHAM A. SIMMONS
Counsel for Plaintiffs                                    Assistant United States Attorney
                                                          Attorneys for Defendant

[~~PROPOSED~~] ORDER

It is so ordered.  The hearing on defendant's motion shall be postponed for 60 days, until August 19, 2013.

Dated:   6/19/2013



_____
United States Magistrate Judge