1  JONATHAN M. KAUFMAN, ESQ. (California State Bar No. 104576)
   The Law Offices of Jonathan M. Kaufman
2  220 Montgomery Street, Suite 689
   San Francisco, CA 94104
3  Telephone: (415) 956-4765
   Facsimile: (415) 956-1664
4  E-Mail: jonathan-kaufman@sbcglobal.net

5  Attorney for Plaintiffs

6

7  MELINDA HAAG (CABN 132612)
   United States Attorney
   ALEX TSE (CABN 152348)
8  Chief, Civil Division
   ABRAHAM A. SIMMONS (CABN 146400)
9  Assistant United States Attorney

10     450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
11     Telephone:    (415) 436-7264
       Facsimile:    (415) 436-6748
12     abraham.simmons@usdoj.gov

13 Attorneys for Federal Defendant

14                    UNITED STATES DISTRICT COURT

15                   NORTHERN DISTRICT OF CALIFORNIA

16                         SAN FRANCISCO DIVISION

17 PARDEEP KUMAR and BALJINDER       )   No. C 12 6470 MEJ
   KAUR,                             )
18                                   )   STIPULATION AND [PROPOSED]
                    Plaintiffs,      )   ORDER POSTPONING
19                                   )   CONSIDERATION OF
         v.                          )   FEDERAL DEFENDANT'S MOTION
20                                   )   TO DISMISS OR TO CHANGE VENUE
   ALEJANDRO MAYORKAS, Director,     )   _____
21 United States Citizenship and Immigration )
   Services,                         )
22                                   )   Before:  Hon. Maria-Elena James
                    Defendant.       )
23 _____ )

24

25

26     **Whereas,** in this lawsuit, Plaintiffs seek, inter alia, an order requiring the U.S.

27 Citizenship and Immigration Services ("CIS") to render a decision on Plaintiffs' asylum petition;

28     **Whereas**, on March 25, 2013, CIS issued a Notice of Intent to Deny ("Notice") the

Stipulation and [Proposed] Order
No. C 12-6470 MEJ                          1

Plaintiffs' petition, and later concluded Plaintiffs made no response to the Notice;

**Whereas**, the declaration of counsel filed in this matter on May 28, 2013 included documentation that Plaintiffs did, indeed, submit a response to the Notice; and

**Whereas**, CIS can now consider the information provided by plaintiffs and render a decision which may moot part or all of this lawsuit;

The parties therefor agree, stipulate and respectfully request that the court issue an order postponing consideration for 60 days until August 19, 2013.

Dated: June 19, 2013                                    Respectfully submitted,

JONATHAN M. KAUFMAN                      MELINDA HAAG
                                                                        United States Attorney

_____/s/_____          _____/s/_____
JONATHAN M. KAUFMAN                      ABRAHAM A. SIMMONS
Counsel for Plaintiffs                                Assistant United States Attorney
                                                                        Attorneys for Defendant

[~~PROPOSED~~] ORDER

It is so ordered.  The hearing on defendant's motion shall be postponed for 60 days, until August 19, 2013.

Dated:   6/19/2013

_____
United States Magistrate Judge



Stipulation and [Proposed] Order
No. C 12-6470 MEJ