JONATHAN M. KAUFMAN, ESQ. (California State Bar No. 104576)
The Law Offices of Jonathan M. Kaufman
220 Montgomery Street, Suite 689
San Francisco, CA 94104
Telephone: (415) 956-4765
Facsimile: (415) 956-1664
E-Mail: jonathan-kaufman@sbcglobal.net

Attorney for Plaintiffs


MELINDA HAAG (CABN 132612)
United States Attorney
ALEX TSE (CABN 152348)
Chief, Civil Division
ABRAHAM A. SIMMONS (CABN 146400)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone:    (415) 436-7264
Facsimile:    (415) 436-6748
abraham.simmons@usdoj.gov

Attorneys for Federal Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PARDEEP KUMAR and BALJINDER KAUR,<br><br>            Plaintiffs,<br><br>v.<br><br>ALEJANDRO MAYORKAS, Director, United States Citizenship and Immigration Services,<br><br>            Defendant. | No. C 12 6470 MEJ<br><br>**STIPULATION AND [PROPOSED] ORDER DISMISSING CASE** |

**Whereas,** in this lawsuit, Plaintiffs seek, in essence, an order requiring the U.S. Citizenship and Immigration Services ("CIS") to render a decision on Plaintiffs' asylum petition;

**Whereas**, Pardeep Kumar has become a naturalized citizen of the United States and by further operation of related immigration laws, renders this request for relief moot;

**IT IS HEREBY AGREED** that his case is dismissed with prejudice with each party to bear its own costs and fees, including attorney's fees.

Respectfully submitted,

Dated: February 9, 2015

| | |
|---|---|
| JONATHAN M. KAUFMAN | MELINDA HAAG |
| | United States Attorney |
| | |
| _____/s/_____ | _____/s/_____ |
| JONATHAN M. KAUFMAN | ABRAHAM A. SIMMONS |
| Counsel for Plaintiffs | Assistant United States Attorney |
| | Attorneys for Defendant |

## [PROPOSED] ORDER

It is so ordered. This matter is dismissed with prejudice. Each party shall bear its own costs.

Dated: February 13, 2015              _____
                                                    HON. MARIA ELENA JAMES
                                                    United States Magistrate Judge